# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PRESTON BELL

VERSUS

SAFETY NATIONAL CASUALTY
CORPORATION, O'REILLY
AUTOMOTIVE STORES, INC., AND
MARY HARRIS

NO.   2026 CW 0126

**FEBRUARY 25, 2026**

---

In Re:   Safety National Casuality Corporation, O'Reilly
Automotive Stores, Inc. and Mary Harris, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 682209.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**BDE**
**WEF**

**Miller, J.,** concurs. The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT